

**FILED**
**4/18/2023**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ER

51AD,COVID,FIRST STEP

## U.S. District Court
### Western District of Tennessee (Memphis)
### CRIMINAL DOCKET FOR CASE #: 2:15-cr-20085-JTF All Defendants

**23 CR 222**

Case title: USA v. Andrews

Date Filed: 03/26/2015

Date Terminated: 05/04/2016

Assigned to: Judge John Thomas Fowlkes, Jr

Appeals court case numbers: 16-5622 Sixth Circuit COA, 18-5497 United States Court of Appeals, 19-5042 United States Court of Appeals

**Defendant (1)**

**Omari Andrews**
USM # 17633-424
MILAN FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MI 48160
*TERMINATED: 05/04/2016*
*also known as*
Corey Moore
*TERMINATED: 05/04/2016*

represented by **Claiborne Hambrick Ferguson**
THE CLAIBORNE FERGUSON LAW FIRM, P.A.
294 Washington Avenue
Memphis, TN 38103
901-529-6400
Fax: 901-202-2053
Email: Claiborne@midsouthcriminaldefense.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**James Edward Thomas**
P.O. Box 3760
Memphis, TN 38173
901-299-5222
Email: jethomas42@gmail.com
*TERMINATED: 10/01/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Robert L. Thomas**
FEDERAL PUBLIC DEFENDER-Memphis
200 Jefferson Avenue
Suite 200
Memphis, TN 38103
901-544-3895
Fax: 901-544-4355
Email: robert_thomas@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(1) | 95 Months BOP; 4 Years Supervised Release. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g) UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(2) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA     represented by     **Daniel T. French - AUSA**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main St.
Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230
Email: latonya.weeks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark Alan Erskine**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main St.
Suite 800
Memphis, TN 38103
901-544-4231
Email: mark.erskine@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory David Allen**
DOJ-USAO

167 N. Main Street  
Ste 800  
Memphis, TN 38103  
901-544-4231  
Email: gregory.allen@usdoj.gov  
*ATTORNEY TO BE NOTICED*

[Email Attorneys, Primary Addresses]  
[Email Attorneys, Primary and Secondary Addresses]

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2015 | 1 | INDICTMENT as to Omari Andrews (1) count(s) 1, 2. (cas) (Entered: 03/27/2015) |
| 03/26/2015 | 2 | Redacted Indictment as to Omari Andrews. (Attachments: # 1 Notice of Penalties) (cas) (Entered: 03/27/2015) |
| 04/09/2015 | 4 | Writ of Habeas Corpus ad Prosequendum Issued as to Omari Andrews for 4/20/2015 at 2:00pm for initial appearance before Magistrate Judge Tu M. Pham. (Vescovo, Diane) (Entered: 04/09/2015) |
| 04/20/2015 | 5 | Arrest Warrant Returned Executed on 04/20/2015 as to Omari Andrews. (smm) (Entered: 04/20/2015) |
| 04/20/2015 | 6 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham as to Omari Andrews: Initial Appearance as to Omari Andrews was held on 4/20/2015. The court read the charges to the defendant and advised him of his rights. Defendant to retain counsel. Government seeks detention. Detention Hearing set for **Monday, April 27, 2015 at 2:30 PM (CST)** in Courtroom 6 - Memphis before Magistrate Judge Tu M. Pham. Order of Temporary Detention entered. Defendant remanded to the custody of the USM. (AUSA: Leetra Harris) (Defense Counsel: James Thomas) (Tape #FTR.) (smm) (Entered: 04/20/2015) |
| 04/20/2015 | 7 | ORDER OF TEMPORARY DETENTION as to Omari Andrews. Detention Hearing set for Monday, April 27, 2015 at 2:30 PM in Courtroom 6 - Memphis before Magistrate Judge Tu M. Pham. Signed by Magistrate Judge Tu M. Pham on 04/20/2015. (Pham, Tu) (Entered: 04/20/2015) |
| 04/27/2015 | 8 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham as to Omari Andrews: Detention Hearing as to Omari Andrews was to be held on 4/27/2015. Defense Counsel's oral request for a continuance is granted. The Detention Hearing is reset for **Monday, May 4, 2015 at 2:45 PM (CST)** in Courtroom 5 - Memphis before Magistrate Judge Charmiane G. Claxton. Order of Temporary Detention entered. Defendant remanded to the custody of the USM. (AUSA: Lorraine Craig) (Defense Counsel: James Thomas) (Tape #FTR.) (smm) (Entered: 04/27/2015) |
| 04/27/2015 | 9 | ORDER OF TEMPORARY DETENTION as to Omari Andrews. Detention Hearing is reset for Monday, May 4, 2015 at 2:45 PM in Courtroom 5 - Memphis before Magistrate Judge Charmiane G. Claxton. Signed by Magistrate Judge Tu M. Pham on 04/27/2015. (Pham, Tu) (Entered: 04/27/2015) |
| 05/04/2015 | 10 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton: Detention Hearing as to Omari Andrews was to be held on 5/4/2015. Defendant request additional time to prepare. Detention Hearing reset for 5/15/2015 02:30 PM in Courtroom 5 - Memphis before Chief Magistrate Judge Diane K. Vescovo. Order of Temporary Detention entered. Defendant remanded to the custody of the USM. (AUSA: |

| | | |
|---|---|---|
| | | D. French. Defense Counsel: James Thomas-Retained.) (Tape #FTR CR5) (cas) (Entered: 05/04/2015) |
| 05/04/2015 | 11 | ORDER OF TEMPORARY DETENTION as to Omari Andrews. Detention Hearing set for 5/15/2015 02:30 PM in Courtroom 5 - Memphis before Chief Magistrate Judge Diane K. Vescovo. Signed by Magistrate Judge Charmiane G. Claxton on 5/4/2015. (Claxton, Charmiane) (Entered: 05/04/2015) |
| 05/15/2015 | 12 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton: Detention Hearing as to Omari Andrews held on 5/15/2015. Defendant waived his rights to a detention hearing and consented to detention. Waiver of Detention Hearing signed and entered. Order of Detention Pending Trial entered. Arraignment set for 5/27/2015 01:30 PM in Courtroom 5 - Memphis before Chief Magistrate Judge Diane K. Vescovo. Defendant remanded to the custody of the USM. (AUSA: M. Parks. Defense Counsel: James Thomas-Retained.) (Tape #FTR CR5) (cas) (Entered: 05/18/2015) |
| 05/15/2015 | 13 | WAIVER of Detention Hearing by Omari Andrews (cas) (Entered: 05/18/2015) |
| 05/15/2015 | 14 | ORDER OF DETENTION PENDING TRIAL as to Omari Andrews. Signed by Magistrate Judge Charmiane G. Claxton on 5/15/2005. (Claxton, Charmiane) (Entered: 05/18/2015) |
| 05/27/2015 | 15 | Minute Entry for proceedings held before Chief Magistrate Judge Diane K. Vescovo: Arraignment as to Omari Andrews (1) Count 1,2 held on 5/27/2015. Defendant waived the formal reading of the Indictment and a NOT GUILTY plea entered on all counts. Trial Date and Report Date to be set and noticed by the District Court. Defendant remanded to the custody of the USM. (AUSA: Not present. Defense Counsel: James Thomas-Retained.) (Tape #FTR) (cas) (Entered: 05/27/2015) |
| 06/01/2015 | 16 | SETTING LETTER as to Omari Andrews: Report Date / Scheduling Conference set for 6/12/2015 10:00 AM in Courtroom 4 - Memphis before Judge S. Thomas Anderson. (tlh) (Entered: 06/01/2015) |
| 06/03/2015 | 17 | NOTICE OF ATTORNEY APPEARANCE: James Edward Thomas appearing for Omari Andrews (Thomas, James) (Entered: 06/03/2015) |
| 06/03/2015 | 18 | Rule 16 Discovery Request/Response by Omari Andrews (Thomas, James) (Entered: 06/03/2015) |
| 06/12/2015 | 19 | Rule 16 Discovery Request/Response by USA as to Omari Andrews (French, Daniel) (Entered: 06/12/2015) |
| 06/12/2015 | 20 | Minute Entry for proceedings held before Judge S. Thomas Anderson via video from Jackson, TN: Report Date / Scheduling Conference as to Omari Andrews held on 6/12/2015; Parties addressed status of case; Criminal Jury Trial set for 10/13/2015 09:30 AM in Courtroom 4 - Memphis before Judge S. Thomas Anderson; Time excluded from 6/12/2015 until 10/16/2015 as to Omari Andrews. Court to enter scheduling order containing other deadlines; Dft remanded to USM custody. (AUSA: S. Stringfellow; Dft Atty: J. Thomas) (Court Reporter Mark Dodson.) (tlh) (Entered: 06/12/2015) |
| 06/12/2015 | 21 | SCHEDULING ORDER as to Omari Andrews. Criminal Jury Trial set for 10/13/2015 09:30 AM in Courtroom 4 - Memphis before Judge S. Thomas Anderson. Time excluded from 6/12/2015 until 10/16/2015 as to Omari Andrews. Signed by Judge S. Thomas Anderson on 6/12/2015. (Anderson, S.) (Entered: 06/12/2015) |
| 07/30/2015 | 22 | ORDER TRANSFERRING CRIMINAL CASE as to Omari Andrews. Signed by Judge S. Thomas Anderson on 7/30/2015. (jae) (Entered: 07/31/2015) |

| | | |
|---|---|---|
| 07/30/2015 | | Judge update in case as to Omari Andrews. Judge John T. Fowlkes, Jr added. Judge S. Thomas Anderson no longer assigned to case. (jae) (Entered: 07/31/2015) |
| 09/08/2015 | 23 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Report Date as to Omari Andrews held on 9/8/2015. Defendant present in Court with counsel. Defendant request a date to enter a COP. Case set Thursday, 11/12/2015 at 9:00 a.m. for Change of Plea. Defendant remanded to USM. Time excluded through 12/18/2015. (AUSA: Daniel French)(Defense: Jimmy Thomas) (Court Reporter Lynn Dudley.) (wrh) (Entered: 09/08/2015) |
| 09/08/2015 | 24 | SETTING LETTER as to Omari Andrews [TEXT ONLY - NO IMAGE ATTACHED] Change of Plea Hearing set for 11/12/2015 09:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 09/08/2015) |
| 10/13/2015 | 25 | NOTICE OF ATTORNEY APPEARANCE Mark Alan Erskine appearing for USA. (Erskine, Mark) (Entered: 10/13/2015) |
| 11/10/2015 | 26 | MOTION to Continue *change of plea hearing* by Omari Andrews. (Thomas, James) (Entered: 11/10/2015) |
| 11/10/2015 | 27 | ORDER denying 26 Motion to Continue as to Omari Andrews (1). Signed by Judge John T. Fowlkes, Jr. on 11/10/2015. (Fowlkes, John) (Entered: 11/10/2015) |
| 11/12/2015 | 28 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Change of Plea Hearing as to Omari Andrews held on 11/12/2015. Defendant present in Court with counsel; Defendant requested additional time to prepare. Case continued to Thursday, 11/19/2015 at 11:00 a.m. for Change of Plea. Defendant remanded to USM. Time excluded through 12/18/2015. (AUSA: Mark Erskine)(Defense: James Thomas) (Court Reporter Lynn Dudley.) (wrh) (Entered: 11/12/2015) |
| 11/12/2015 | 29 | SETTING LETTER as to Omari Andrews [TEXT ONLY - NO IMAGE ATTACHED] Change of Plea Hearing set for 11/19/2015 11:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 11/12/2015) |
| 11/19/2015 | 31 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Change of Plea Hearing as to Omari Andrews held on 11/19/2015. Defendant present in Court with counsel. Defendant requested additional time to prepare. Case continued to Monday, 12/07/2015 at 9:00 a.m. for Change of Plea. Defendant remanded to USM. Time excluded through 12/18/2015. (AUSA: Sam Stringfellow; Mark Erskine)(Defense: James Thomas) (Court Reporter Lynn Dudley.) (wrh) (Entered: 11/19/2015) |
| 11/19/2015 | 32 | SETTING LETTER as to Omari Andrews [TEXT ONLY - NO IMAGE ATTACHED] Change of Plea Hearing reset for 12/7/2015 09:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 11/19/2015) |
| 12/07/2015 | 33 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Change of Plea Hearing as to Omari Andrews held on 12/7/2015. Plea entered by Omari Andrews (1) Guilty Count 1. Defendant present in Court with counsel & sworn. Written Plea Agreement filed in Open Court. Guilty Plea entered by Omari Andrews to Count 1 of the Indictment. Plea Colloquy/Basis in Fact given by the Government. The Court accepted the Guilty Plea. Count 2 to be dismissed at Sentencing. Sentencing set for Thursday, 3/10/2016 at 9:30 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes, Jr. Defendant remanded to USM. (AUSA: Mark Erskine)(James Thomas) (Court Reporter Lynn Dudley.) (wrh) (Entered: 12/07/2015) |
| 12/07/2015 | 34 | SETTING LETTER as to Omari Andrews [TEXT ONLY - NO IMAGE ATTACHED] Sentencing set for 3/10/2016 09:30 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 12/07/2015) |

| Date | # | Description |
|---|---|---|
| 12/07/2015 | 35 | PLEA AGREEMENT as to Omari Andrews. (wrh) (Entered: 12/07/2015) |
| 02/25/2016 | 36 | PRO SE's POSITION REGARDING sentencing factors and erros in the PRESENTENCE INVESTIGATION REPORT by Omari Andrews. (Attachments: # 1 envelope)(jae) (Entered: 02/25/2016) |
| 03/02/2016 | 37 | First MOTION to Continue *sentencing hearing-proposed order submitted* by Omari Andrews. (Thomas, James) (Entered: 03/02/2016) |
| 03/07/2016 | 38 | Letter from Omari Andrews as to pre-sentencing report (Attachments: # 1 envelope) (jae) (Entered: 03/08/2016) |
| 03/07/2016 | 39 | ORDER granting 37 Motion to Continue as to Omari Andrews (1). Signed by Judge John T. Fowlkes, Jr. on 03/07/2016. (Fowlkes, John) (Entered: 03/08/2016) |
| 03/07/2016 | 40 | SETTING LETTER as to Omari Andrews [TEXT ONLY - NO IMAGE ATTACHED] Sentencing set for 4/7/2016 10:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 03/08/2016) |
| 03/25/2016 | 41 | Letter from Omari Andrews with concerns about enhancements (Attachments: # 1 envelope) (jae) (Entered: 03/25/2016) |
| 03/31/2016 | 42 | POSITION REGARDING PRESENTENCE REPORT by USA as to Omari Andrews . (Erskine, Mark) (Entered: 03/31/2016) |
| 04/05/2016 | 43 | POSITION REGARDING PRESENTENCE REPORT by Omari Andrews . (Thomas, James) (Entered: 04/05/2016) |
| 04/07/2016 | 44 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Setencing Hearing as to Omari Andrews held on 4/7/2016. Defendant present in Court with counsel. Both parties requested additional time to prepare. Case continued to Tuesday, 04/26/2016 at 10:00 a.m. for Sentencing. Defendant remanded to USM. (AUSA: Mark Erskine) (Defense: James Thomas)(USPO: Andy Granberry) (Court Reporter Lynn Dudley.) (wrh) (Entered: 04/07/2016) |
| 04/07/2016 | 45 | SETTING LETTER as to Omari Andrews [TEXT ONLY - NO IMAGE ATTACHED] Sentencing set for 4/26/2016 10:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 04/07/2016) |
| 04/26/2016 | 46 | POSITION REGARDING PRESENTENCE REPORT by Omari Andrews *amended*. (Thomas, James) (Entered: 04/26/2016) |
| 04/26/2016 | 47 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Sentencing Hearing as to Omari Andrews held on 4/26/2016. Defendant present in Court with counsel & sworn. Sentencing hearing heard in part. Government requested additional time to call witnesses or obtain preliminary hearing tape form State Court as to the traffic stop. Case continued to Wednesday, 05/04/2016 at 10:00 a.m. to Conclude Sentencing Hearing. Defendant remanded to USM. (AUSA: Mark Erskine)(Defense: James Thomas)(USPO: Andy Granberry)(Court Reporter Lynn Dudley.) (wrh) (Entered: 04/26/2016) |
| 04/26/2016 | 48 | SETTING LETTER as to Omari Andrews Conclusion of Sentencing Hearing set for 5/4/2016 10:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 04/26/2016) |
| 04/27/2016 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Omari Andrews held on April 26, 2016, Sentencing hearing, before Judge John T. Fowlkes, Jr.. Court Reporter Lynn Dudley, Telephone number (901)525-1023. |

| | | |
|---|---|---|
| | | Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.<br><br>Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 5/2/2016. Redaction Request due 5/18/2016. Release of Transcript Restriction set for 7/26/2016. (Dudley, Lynn) (Entered: 04/27/2016) |
| 05/03/2016 | 50 | POSITION REGARDING PRESENTENCE REPORT by Omari Andrews *2nd amended*. (Thomas, James) (Entered: 05/03/2016) |
| 05/04/2016 | 51 | MOTION for Reconsideration re 50 Position Regarding Presentence Report filed by Omari Andrews by USA as to Omari Andrews. (Attachments: # 1 Exhibit Cook County Judgment)(Erskine, Mark) (Entered: 05/04/2016) |
| 05/04/2016 | 52 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Sentencing held on 5/4/2016 for Omari Andrews (1), Count(s) 1, 120 Months BOP; 4 Years Supervised Release.; Count(s) 2, Dismissed. Defendant present in court with counsel & sworn. Court grants DE# 51 Mot. to Reconsider. Court recommends to BOP: Defendant serve sentence in or close to Chicago, IL. The Court's recommendation as to Supervised Release: 1. The defendant shall cooperate in the collection of DNA.2. The defendant shall participate in drug testing & treatment as directed by probation officer.3. The defendant shall participate in supportive counseling as directed by the probation officer.4. The defendant shall participate in cognitive behavioral therapy as directed by the probation officer. Defendant advised of Appeal Rights & handed Appeal Packet. Defendant remanded to USM. (AUSA: Mark Erskine)(Defense: James Thomas)(USPO: Andy Granberry) (Court Reporter Lynn Dudley.) (wrh) (Entered: 05/04/2016) |
| 05/04/2016 | 53 | EXHIBIT LIST as to Omari Andrews. (wrh) (Entered: 05/04/2016) |
| 05/04/2016 | 54 | JUDGMENT as to Omari Andrews (1), Count(s) 1, 120 Months BOP; 4 Years Supervised Release.; Count(s) 2, Dismissed.. Signed by Judge John T. Fowlkes, Jr. on 05/04/2016. (Fowlkes, John) (Entered: 05/04/2016) |
| 05/04/2016 | 55 | REDACTED JUDGMENT signed by Judge, John T. Fowlkes, Jr.. (wrh) (Entered: 05/04/2016) |
| 05/06/2016 | 56 | PRO SE NOTICE OF APPEAL by Omari Andrews re 54 Judgment. (Attachments: # 1 envelope)(jae) (Entered: 05/06/2016) |
| 05/11/2016 | 57 | USCA Case Number as to Omari Andrews 16-5622 for 56 Notice of Appeal - Final Judgment filed by Omari Andrews. (jrs) (Entered: 05/11/2016) |
| 06/03/2016 | 58 | ORDER of USCA (certified copy) as to Omari Andrews re 56 Notice of Appeal - Final Judgment. ORDER filed granting motion to dismiss case - voluntarily filed by Mr. James Edward Thomas. (jrs) (Entered: 06/03/2016) |
| 10/11/2016 | 59 | Letter from Omari Andrews requesting documents (jae) (Additional attachment(s) added on 10/11/2016: # 1 envelope) (jae). (Entered: 10/11/2016) |
| 12/27/2016 | 60 | TRANSCRIPT REQUEST by Omari Andrews for proceedings held on 4/26/16 and 5/4/16 before Judge John T. Fowlkes. (Attachments: # 1 envelope)(jae) (Entered: |

| | | |
|---|---|---|
| | | 12/27/2016) |
| 01/03/2017 | 61 | TRANSCRIPT REQUEST by Omari Andrews for proceedings held on 12/7/15, 4/27/16, 5/4/16 before Judge John T. Fowlkes. (Attachments: # 1 envelope)(jae) (Entered: 01/03/2017) |
| 07/05/2017 | 62 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Omari Andrews held on May 4, 2016, continuation of Sentencing hearing, before Judge John T. Fowlkes. Court Reporter Lynn Dudley, Telephone number (901)525-1023.<br><br>Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.<br><br>Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 7/10/2017. Redaction Request due 7/26/2017. Release of Transcript Restriction set for 10/3/2017. (Dudley, Lynn) (Entered: 07/05/2017) |
| 09/25/2017 | 63 | TRANSCRIPT RELEASE NOTICE:<br><br>By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence.<br><br>Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 62 : Release Date: 10/03/2017. (smm) (Entered: 09/25/2017) |
| 10/31/2017 | 64 | Letter and picture from Omari Andrews. (jld) (Entered: 10/31/2017) |
| 10/31/2017 | 65 | Letter from Omari Andrews (Attachments: # 1 Envelope) (jld) (Entered: 10/31/2017) |
| 03/26/2018 | 66 | SEALED MOTION by USA as to Omari Andrews. (Erskine, Mark) (Entered: 03/26/2018) |
| 05/10/2018 | 67 | Pro Se NOTICE OF APPEAL by Omari Andrews. (Attachments: # 1 Envelope)(jld) (Entered: 05/14/2018) |
| 05/16/2018 | 68 | USCA Case Number as to Omari Andrews 18-5497 for 67 Notice of Appeal - Final Judgment filed by Omari Andrews. Criminal Case Docketed. Notice filed by Appellant Mr. Omari Andrews. Transcript needed: n. (csf) (Entered: 05/16/2018) |

| Date | # | Description |
|---|---|---|
| 06/19/2018 | 69 | ORDER of USCA (certified copy) as to Omari Andrews re 67 Notice of Appeal - Final Judgment. ORDER filed The appeal is DISMISSED, sua sponte, as untimely. (csf) (Entered: 06/19/2018) |
| 07/03/2018 | 70 | SETTING LETTER as to Omari Andrews: Re: 66 SEALED MOTION . Attorney Status / Motion Hearing DE# 66 set for 9/28/2018 10:00 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 07/03/2018) |
| 09/28/2018 | 71 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Report Date as to Omari Andrews held on 9/28/2018. Defendant present in Court. AUSA Mark Erskine stated that Defendant will need counsel. The Court instructed the USM to take the Defendant before the Magistrate Judge to determine if Defendant qualifies for appointed counsel & if so for counsel to be appointed. Case set for Wednesday, 11/14/2018 at 10:30 a.m. for Hearing on de# 66 . Defendant remanded to USM. (AUSA: Mark Erskine) (Court Reporter Lynn Dudley.) (wrh) (Entered: 09/28/2018) |
| 09/28/2018 | 72 | SETTING LETTER as to Omari Andrews: Re: 66 SEALED MOTION . Motion Hearing set for 11/14/2018 10:30 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 09/28/2018) |
| 10/03/2018 | 75 | NOTICE OF ATTORNEY APPEARANCE: Claiborne Hambrick Ferguson appearing for Omari Andrews (Ferguson, Claiborne) (Entered: 10/03/2018) |
| 11/09/2018 | 76 | PRO SE MOTION to Reduce Sentence - USSC Amendment by Omari Andrews. (Attachments: # 1 envelope)(jae) (Entered: 11/09/2018) |
| 11/14/2018 | 77 | SETTING LETTER as to Omari Andrews: [TEXT ONLY - N0 IMAGE ATTACHED] Motion Hearing set for 12/19/2018 10:30 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 11/14/2018) |
| 12/07/2018 | 78 | SETTING LETTER as to Omari Andrews: [TEXT ONLY - NO IMAGE ATTACHED] Motion Hearing RESET for 1/4/2019 10:30 AM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.. (wrh) (Entered: 12/07/2018) |
| 12/31/2018 | 79 | PRO SE MOTION to Reduce Sentence - USSC Amendment by Omari Andrews. (Attachments: # 1 envelope)(jae) (Entered: 12/31/2018) |
| 12/31/2018 | | REQUEST FOR REVIEW IN RE: FIRST STEP ACT as to Omari Andrews. (jae) (Entered: 05/02/2019) |
| 01/04/2019 | 80 | Minute Entry for proceedings held before Judge John T. Fowlkes, Jr.: Sentencing held on 1/4/2019 for Omari Andrews (1), Count(s) 1, 95 Months BOP; 4 Years Supervised Release.; Count(s) 2, Dismissed. Defendant present in Court with counsel & sworn. Defendant resentenced & an Amended Judgment entered, conditions of Supervised Release stand as previously imposed. Defendant advised of Appeal Rights & handed Appeal Packet. Defendant remanded to USM. (AUSA: Mark Erskine)(Defense: Claiborne Ferguson)(USPO: Andy Granberry) (Court Reporter Mark Dodson.) (wrh) (Entered: 01/04/2019) |
| 01/04/2019 | 81 | AMENDED JUDGMENT as to Omari Andrews (1), Count(s) 1, 95 Months BOP; 4 Years Supervised Release.; Count(s) 2, Dismissed.. Signed by Judge John T. Fowlkes, Jr. on 01/04/2019. (Fowlkes, John) (Entered: 01/04/2019) |
| 01/04/2019 | 82 | REDACTED AMENDED JUDGMENT signed by Judge, John T. Fowlkes, Jr.. (wrh) (Entered: 01/04/2019) |
| 01/11/2019 | 83 | NOTICE OF APPEAL by Omari Andrews re 81 Judgment. (Attachments: # 1 envelope) (jae) (Entered: 01/11/2019) |

| | | |
|---|---|---|
| 01/14/2019 | 84 | USCA Case Number as to Omari Andrews 19-5042 for 83 Notice of Appeal - Final Judgment filed by Omari Andrews. Criminal Case Docketed. Notice filed by Appellant Mr. Omari Andrews. Transcript needed: y. (csf) (Entered: 01/14/2019) |
| 01/14/2019 | 85 | United States Court of Appeals RULING to extend appointment of Mr. Claiborne Hambrick Ferguson for Mr. Omari Andrews as counsel under the Criminal Justice Act. (csf) (Entered: 01/14/2019) |
| 01/23/2019 | 86 | Letter from Omari Andrew as to Notice of Appeal without signature. (Attachments: # 1 signed copy of notice of appeal, # 2 envelope) (jae) (Entered: 01/23/2019) |
| 02/07/2019 | 87 | ORDER of USCA (certified copy) as to Omari Andrews re 83 Notice of Appeal - Final Judgment. ORDER filed granting motion to dismiss case - voluntarily 15 filed by Mr. Claiborne Hambrick Ferguson. (btg) (Entered: 02/07/2019) |
| 03/04/2019 | 88 | SEALED TRANSCRIPT of Proceedings as to Omari Andrews held on 1-4-19. Transcript, before Judge John T. Fowlkes, Jr.. (Dodson, Mark) (Entered: 03/04/2019) |
| 04/01/2019 | 89 | Letter from Omari Andrews (Attachments: # 1 Envelope) (jld) (Entered: 04/02/2019) |
| 05/03/2019 | 90 | NOTICE OF ATTORNEY APPEARANCE Gregory David Allen appearing for USA. (Allen, Gregory) (Entered: 05/03/2019) |
| 11/14/2019 | 91 | NOTICE OF ATTORNEY APPEARANCE: Robert L. Thomas appearing for Omari Andrews (Thomas, Robert) (Entered: 11/14/2019) |
| 04/20/2020 | 92 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Omari Andrews held on 12/7/2015, before Judge John T. Fowlkes, Jr.. Court Reporter Lynn Dudley. Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 4/27/2020. Redaction Request due 5/11/2020. Release of Transcript Restriction set for 7/20/2020. (jae) (Entered: 04/21/2020) |
| 05/15/2020 | 93 | Pro Se MOTION Re: COVID-19 by Omari Andrews. (Attachments: # 1 Envelope)(jld) (Entered: 05/18/2020) |
| 05/20/2020 | 94 | ORDER denying 93 Motion for Compassionate Release Re: COVID-19 as to Omari Andrews (1). Signed by Judge John T. Fowlkes, Jr. on 5/20/2020. (Fowlkes, J.) (Entered: 05/20/2020) |
| 07/13/2020 | 95 | TRANSCRIPT RELEASE NOTICE: By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should |

|  |  | contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence.<br><br>Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. (re: DE# 92 ; release date 7/20/2020) (tlh) (Entered: 07/13/2020) |
|---|---|---|
| 08/13/2020 | 96 | MOTION Re: COVID-19 for compassionate release (reduce sentence to home confinement) by Omari Andrews. (Attachments: # 1 cover letter, # 2 envelope)(jae) (Entered: 08/14/2020) |
| 09/25/2020 | 97 | ORDER denying 96 Motion for Compassionate Release with Prejudice Re: COVID-19 as to Omari Andrews (1).Signed by Judge John T. Fowlkes, Jr. on 9/25/2020. (Fowlkes, J.) (Entered: 09/25/2020) |
| 06/04/2021 | 98 | NOTICE Of Retrieval of Exhibits. Arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed. Please review the attached list. (jae) (Entered: 06/04/2021) |
| 04/18/2023 | 99 | Probation Jurisdiction Transferred to Northern District of Illinois as to Omari Andrews Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet via Interdistrict Transfer email. (Attachments: # 1 letter from IL/ND) (jae) (Entered: 04/18/2023) |

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Tennessee

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | Case Number: 2:15CR20085-JTF-001 |
| OMARI ANDREWS | ) | USM Number: 17633-424 |
| | ) | James Thomas - Retained |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   One (1) of Indictment on December 7, 2015

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession w/Intent to Distribute 100 Grams or More of Heroin | 11/28/2014 | 1 |
| 21 U.S.C. § 841(b)(1)(B) | Possession w/Intent to Distribute 100 Grams or More of Heroin | 11/28/2014 | 1 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   2    ☑ is   ☐ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/4/2016
Date of Imposition of Judgment

s/John T. Fowlkes, Jr.
Signature of Judge

John T. Fowlkes, Jr.    U.S. District Judge
Name and Title of Judge

5/4/2016
Date

AO 245B (Rev. 09/11) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 5

DEFENDANT: OMARI ANDREWS
CASE NUMBER: 2:15CR20085-JTF-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

120 Months

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant to serve sentence in or close to Chicago, IL.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 5

DEFENDANT: OMARI ANDREWS
CASE NUMBER: 2:15CR20085-JTF-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

4 Years

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
5) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
6) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician, and shall submit to periodic urinalysis test as directed by the probation officer to determine the use of any controlled substance;
7) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, and shall submit to periodic urinalysis test as directed by the probation officer to determine the use of any controlled substance;
8) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
9) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
10) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
11) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
12) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
13) if this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: OMARI ANDREWS
CASE NUMBER: 2:15CR20085-JTF-001

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall cooperate in the collection of DNA.

2. The defendant shall participate in drug testing & treatment as directed by probation officer.

3. The defendant shall participate in supportive counseling as directed by the probation officer.

4. The defendant shall participate in cognitive behavioral therapy as directed by the probation officer.

Case 1:23-cr-00052-TJM Document 25 Filed 04/18/23 Page 16 of 19 PageID #:1739
Case 2:15-cr-20085-JTF Document 25 Filed 04/13/23 Page 16 of 19 PageID #:173

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 5

DEFENDANT: OMARI ANDREWS
CASE NUMBER: 2:15CR20085-JTF-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 (Due immediately) | $ 0.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Address** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  | $ 0.00 | $ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FRENCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 15-20085 |
| vs. | ) 21. U.S.C. § 841(a)(1) |
| | ) 18 U.S.C. § 922(g) |
| OMARI ANDREWS, a/k/a "Corey Moore," | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

1. On or about November 28, 2014, in the Western District of Tennessee, the defendant,

**OMARI ANDREWS,**
**a/k/a "Corey Moore,"**

did unlawfully, knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, classified by Title 21, United States Code, Section 812 as a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

2. On or about November 28, 2014, in the Western District of Tennessee, the defendant,

**OMARI ANDREWS**
**a/k/a "Correy Moore,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Smith & Wesson .40 caliber semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g).

## **CRIMINAL FORFEITURE**

3. The allegation contained in Count 2 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

4. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth in Count 2 of this Indictment, the defendant, **OMARI ANDREWS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved and possessed in the commission of the offense, including, but not limited to:  a Smith & Wesson .40 caliber semi-automatic pistol;

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL:**

_____
**FOREPERSON**

DATED:_____

_____
**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**

2

# FRENCH

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 15-20085 |
| vs. | ) 21. U.S.C. § 841(a)(1) |
| | ) 18 U.S.C. § 922(g) |
| OMARI ANDREWS, a/k/a "Corey Moore," | ) |
| Defendant. | ) |

## NOTICE OF PENALTIES

### COUNT 1

Nlt 5 yrs, nmt 40 yrs; nmt $5,000,000 fine or both; nlt 4 yrs supervised release (or after one prior drug felony conviction, nlt 10 yrs, nmt life; nmt $8,000,000 fine or both; nlt 8 yrs supervised release; and a mandatory special assessment of $100, see 18 U.S.C.§ 3013(a).

### COUNT 2

Nmt 10 yrs; nmt $250,000 fine or both; nmt 3 yrs supervised release and a special assessment of $100; but if the defendant has three prior convictions for violent felonies or serious drug offenses, then nlt 15 yrs and nmt life, see 18 U.S.C. § 924(e); nmt $250,000 fine or both; nmt 5 yrs supervised release and a special assessment of $100, see 18 U.S.C. §3013 (a).